UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER BALBUENA, | No. C 11-0228 RS (PR) |
| Petitioner, | **ORDER RE: APPLICATION FOR WRITTEN INDICATION** |
| v. | |
| MARTIN BITER, Warden, and THE CALIFORNIA ATTORNEY GENERAL, | |
| Respondents. | |

This closed federal habeas corpus action is on appeal. Petitioner asked the Ninth Circuit Court of Appeals to stay appellate proceedings and remand the matter to this Court to allow petitioner to amend his petition so that he can present a new federal habeas claim. The Court of Appeals denied the motion to stay "without prejudice to filing a renewed motion accompanied by a written indication that the district court is willing to entertain the motion." (No. 12-16414, Docket No. 21.)

Petitioner asks this Court (Docket No. 26) for a written indication of its willingness to entertain a motion to amend the petition to add a new federal habeas claim. The Court is

willing to entertain such a motion because it <u>might</u> raise "a substantial issue." Fed. R. App. P. 12.1. If he wishes to pursue the matter in this Court, petitioner first must obtain an order from the Court of Appeals staying appellate proceedings and remanding the matter to the district court.

**<u>In indicating its willingness to entertain the motion, the Court makes no comment on the merits of such a motion, or that it is inclined to grant or deny it.</u>** Also, the Court is willing to consider <u>only</u> whether to allow amendment as to the one new claim, that is, that the *Miranda* warnings were constitutionally inadequate. No other claim(s) will be considered. The Clerk shall terminate Docket No. 26.

**IT IS SO ORDERED**.

DATED: November 7, 2013

_____
RICHARD SEEBORG
United States District Judge