1   SCOTT A. SUGARMAN (No. 68277)
2   SUGARMAN & CANNON
    180 Montgomery St., Suite 2350
3   San Francisco, CA. 94104
    Telephone: (415) 362-6252
4   Facsimile: (415) 362-6431

5   Attorneys for Petitioner
6       ALEXANDER BALBUENA

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ALEXANDER BALBUENA,                )    No. C 11-0228 RS
12                                      )
            Petitioner,                 )
13                                      )
    v.                                  )    **STIPULATION TO EXTEND**
14                                      )    **TIME FOR PETITIONER TO**
                                        )    **FILE 60(b) MOTION AND**
15  MARTIN BITER, Warden, and THE CALIFORNIA )  **FILE 60(b) MOTION AND**
    ATTORNEY GENERAL,                   )    ~~[proposed]~~ **ORDER**
16                                      )
            Respondents.                )
17  _____)

18

19      The parties hereby STIPULATE that petitioner, Alexander Balbuena, through counsel,

20  Scott A. Sugarman, Sugarman & Cannon, may extend the time to file a motion under Rule 60(b) of

21  the Federal Rules of Civil Procedure for 30 days, up to and including May 7, 2014, beyond the

22  filing date of April 7, 2014, previously set by this Court.

23

24

25      On January 14, 2011, Alexander Balbuena ("Balbuena) *pro se* filed a timely petition for

26  writ of habeas corpus in this Court in this docket.  On May 25, 2012, this Court denied that

27  petition in its entirety, and denied Balbuena's request for a Certificate of Appealability.  On May

28  23, 2013, the United States Court of Appeals for the Ninth Circuit issued a Certificate of

Appealability on whether Balbuena's statement had been voluntary or the product of police coercion:

> [whether the trial court] violated appellant's right to due process by denying his motion to suppress his confession on the ground that it was an involuntary product of police coercion.

No. 12-1641, Dkt. 7. The Court of Appeals further directed that counsel be appointed for Balbuena.

Thereafter, Balbuena, through counsel, filed in the Court of Appeals a Motion to Stay Appeal and Remand to this Court to permit Balbuena to address an issue not raised in his habeas petition in this Court. Balbuena argued that Balbuena's statement/confession, which was introduced at his trial, was obtained in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966) and its progeny, including *United States v. Bland*, 908 F.2d 471 (9th Cir. 1990). On October 17, 2013, after receiving briefing from the parties, the Court of Appeals denied Balbuena's Motion for Stay without prejudice to filing a renewed motion for stay accompanied by a written declaration that this Court was willing to entertain a motion to re-open proceedings in this action.

On November 1, 2013, Balbuena filed in this Court an Application for a Written Indication. On November 7, 2013, this Court issued an Order re: Application for Written Indication, providing that this Court would entertain a motion to amend the petition to add a new claim in the habeas proceeding. No. C 11-0228 RS, Dkt. 27. The next day, Balbuena notified the Court of Appeals of this Court's Order. No. 12-16414, Dkt. 23.

On November 22, 2013, Balbuena filed a renewed Motion for Stay and to Hold in Abeyance the Pending Appeal, accompanied by this Court's Order regarding a Written Indication. No. 12-16414, Dkt. 26. On December 30, 2013, the Court of Appeals granted that Motion and remanded this matter to this Court to consider Balbuena's Motion under Rule 60(b).

On January 6, 2014, this Court issued an Order setting a briefing schedule for Balbuena's Motion under Rule 60(b), directing that Balbuena file that Motion on or before March 7, 2014, and setting deadlines for subsequent pleadings.  In that Order, the Court noted that a reasonable request for extension of time will be granted upon a showing of good cause if such request was filed on or before the deadline set.  On Stipulation of the parties and for good cause, this Court re-set the briefing schedule so that Balbuena's Motion is now due April 7, 2014.

Balbuena, through counsel, now seeks, with the concurrence of respondent, an additional 30 days to file a Motion under Rule 60(b).

As noted in the prior Stipulation filed by counsel, undersigned counsel was provided by Balbuena's prior attorney with three banker boxes of materials related to the state proceedings in the trial and appellate courts (such as transcripts of the trial, investigative reports and interviews).  Undersigned counsel has now reviewed most, but not all of those records.  Such records will be relevant to the Rule 60(b) Motion and related proceedings in this Court.

As further good cause to an extension of time, in addition to representing Balbuena, undersigned counsel is representing 40 to 50 other clients in California and federal courts, in the trial courts or on appeal.  For those clients, counsel for Balbuena has very recently filed, *inter alia*, a 26-page Motion/Memorandum for Discovery related to Brady/Giglio material, a 15-page Reply to the Opposition to that Motion, a 12-page Opposition to Motion to Quash Subpoena Duces Tecum, 10-page Motion/Memorandum to Suppress Evidence, 15-page Motion/Memorandum to Sever Defendants and/or Dismiss Charges, and 9-page Motion/Memorandum for Bail.

Counsel for respondent and counsel for petitioner STIPULATE that the date by which petitioner may file his Rule 60(b) Motion may be extended 30 days up to and including May 7, 2014.  The parties further stipulate that the filing dates for subsequent pleadings may be similarly extended: respondent's response due on or before July 7, 2014, and petitioner's reply, if any, on or before August 7, 2014.

IT IS SO STIPULATED.

DATED: April 3, 2014                                    _____/s/_____

Jill Marietta Thayer
Deputy Attorney General
Attorney for Respondent

DATED: April 3, 2014                                    _____/s/_____

Scott A. Sugarman
Attorney for Alexander Balbuena

SO ORDERED.

DATE: 4/8/14                                    _____

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE