SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Petitioner
ALEXANDER BALBUENA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER BALBUENA,<br><br>Petitioner,<br><br>v.<br><br>MARTIN BITER, Warden, and THE CALIFORNIA ATTORNEY GENERAL,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 11-0228 RS<br><br>**STIPULATION TO EXTEND TIME FOR PETITIONER TO FILE REPLY TO THE ATTORNEY GENERAL'S OPPOSITION TO PETITIONER'S RULE 60(b) MOTION AND ~~[proposed]~~ ORDER** |

Petitioner Alexander Balbuena, through counsel, filed a Motion under Rule 60(b) of the Federal Rules of Civil Procedure to re-open proceedings in the above-entitled action, following a remand of petitioner's appeal from the United States Court of Appeals for the Ninth Circuit. On July 2, 2014, respondent, through counsel, filed an Opposition to petitioner's Rule 69(b) Motion.

Under this Court's briefing schedule, petitioner's Reply to the Opposition is due August 7, 2014. Counsel for petitioner was out of the country for the two weeks following the filing of respondent's Opposition, and is not able to complete petitioner's Reply by August 7, 2014.

The parties hereby STIPULATE that petitioner, Alexander Balbuena, through counsel, Scott A. Sugarman, Sugarman & Cannon, may extend the time to file a reply to the Opposition to Petitioner's Motion under Rule 60(b) up to and including September 7, 2014,

IT IS SO STIPULATED.

DATED: August 5, 2014

/s/
Jill Marietta Thayer
Deputy Attorney General
Attorney for Respondent

DATED: August 5, 2014

/s/
Scott A. Sugarman
Attorney for Alexander Balbuena

SO ORDERED.

DATE: 8/11/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE